No. 35. Ex Parte Le Hardy.—Solicitud presentada al Juez Asociado Sr. MacLeary para que se expida mandamiento de *habeas corpus.* Resuelto en agosto 9, 1911. Denegada la solicitud por los fundamentos de la opinión emitida. Abogados del peticionario: *Sres. López Landrón y Rincón.* Abogado de la parte opositora: *Sr. Jesús M. Rossy, Fiscal.*

---

No. 36. Ex Parte Le Roy.—Solicitud presentada al Juez Asociado Sr. MacLeary para que se expida mandamiento de *habeas corpus.* Resuelto en agosto 12, 1911. Denegada la solicitud por los fundamentos de la opinión emitida. Abogado del peticionario: *Sr. Herminio Díaz Navarro.* Abogado de la parte opositora: *Sr. Jesús M. Rossy, Fiscal.*

---

No. 36. Ex Parte Le Roy.—Moción del peticionario presentada en la Sesión Extraordinaria del Tribunal Supremo para que conociera y resolviera la apelación interpuesta contra la resolución del Juez Asociado Sr. MacLeary, dictada en este caso en agosto 12, 1911. Resuelto en agosto 15, 1911. Denegada la moción por estimar el tribunal que carece de jurisdicción para conocer y resolver dicho caso en la Sesión Extraordinaria convocada para este día. Abogado del peticionario: *Sr. Herminio Díaz Navarro.*

---

No. 37. Ex Parte Le Roy.—Solicitud presentada al Juez Asociado Sr. del Toro para que se expida mandamiento de *habeas corpus.* Resuelto en agosto 25, 1911. Denegada la solicitud por los fundamentos de la opinión emitida. Abogado del peticionario: *Sr. Herminio Díaz Navarro.* Abogado de la parte opositora: *Sr. Jesús M. Rossy, Fiscal.*